Downey *et al. v.* The State, *ex rel.* Downey *et al.*

No. 8310.

DOWNEY ET AL. *v.* THE STATE, EX REL. DOWNEY ET AL.

PRACTICE.—*Special Finding. — Conclusion of Law.—Request. —Signature of Judge.*—The record must show that a special finding and conclusion of law thereon were made at the request of one or both of the parties, and signed by the judge, else the finding will be treated as a general one, and the exception to the conclusion will not be available.

From the Marshall Circuit Court.

*A. C. Capron,* for appellants.

WOODS, J.—The only specification of error which is brought to our attention, in the brief of the appellants, is predicated on an exception to the court's conclusions of law from facts specially found. The record contains an elaborate finding of facts and a statement of legal conclusions, to which, according to the recital, the appellants excepted. It does not appear, however, that the special finding was made at the request of the parties, or of either of them, and neither the finding nor the statement of legal conclusions is signed by the judge. In this condition of the record, it is well settled that an exception to a legal conclusion so stated presents no question. The finding, however special in form, can be regarded only as a general finding, unless made at the request of one or both of the parties. *Martin* v. *Martin,* 74 Ind. 207 ; *Smith* v. *Tatman,* 71 Ind. 171 ; *Haynie* v. *Johnson,* 71 Ind. 394.

The judgment is affirmed, with costs.